UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-22880-Civ-SCOLA

MULTIBROKERS INTERNATIONAL, S.A.,

    Plaintiff,

vs.

JULIO A. JIMENEZ, MARISSA LILIANA
JIMENEZ, his wife, and
MBI AMERICAS CORP.,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 42). The Court notes that this action was brought by the one and only minority shareholder against the one and only majority shareholder and that shareholder's spouse, with the subject corporation named as a nominal defendant. *See* Am. Compl. ¶¶ 5–8 , ECF No. 30. Therefore, the Court accepts the parties' stipulation and representation that there are no other shareholders or members to whom notice of a proposed settlement might be given as contemplated by Federal Rule of Civil Procedure 23.1. Accordingly, it is **ORDERED and ADJUDGED** that the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 42) is **GRANTED**. The Court approves of the parties' settlement of this matter, and the Amended Complaint (ECF No. 30) is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with Rule 23.1. This case is **CLOSED.** All pending Motions, if any, are **DENIED as moot**.

**DONE AND ORDERED** in chambers, at Miami, Florida, on May 21, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of record
Designated U.S. Magistrate Judge